IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRIAN DOUGLAS HEDDEN, ID # 1175543,** § <br> Petitioner, § <br> § <br> v. § <br> § <br> § <br> **NATHANIEL QUARTERMAN, Director,** § <br> **Texas Department of Criminal Justice,** § <br> **Correctional Institutions Division,** § <br> Respondent. § | Civil Action No. 3:05-CV-1541-N (BH) <br> ECF <br> Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters in this case, including the Findings, Conclusions and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

**SIGNED March 20, 2008**.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE